JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

B-01-036

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

United States District Court
Southern District of Texas
FILED

## I (a) PLAINTIFFS

Maria E. Hernandez and Jorge Rodriguez
Hernandez

MAR 0 2 2001

Michael N. Milby
Clerk of Court

## DEFENDANTS

County of Hidalgo

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Cameron
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Hidalgo
(IN U.S. PLAINTIFF CASES ONLY)
NOTE. IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
((56) 428-2412

ATTORNEYS (IF KNOWN)

George C. Kraehe
Willette & Guerra, L.L.P. (956) 541-1846
3505 Boca Chica Blvd., Suite 460
Brownsivlle, Texas 78520

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Reconstruction Era Civil Rights Act 42 U.S.C. Sec. 1983

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret Inc Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Other | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C P 23

DEMAND $

Check YES only if demanded in complaint
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)

JUDGE _____   DOCKET NUMBER _____

DATE March 2, 2001

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

Case 1:01-cv-00036   Document 1   Filed in TXSD on 03/02/2001   Page 2 of 46

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: MARIA E. HERNANDEZ          §
AND JORGE RODRIGUEZ HERNANDEZ      §
                                   §        B - 0 1 - 0 3 6
                                   §
                                   §        CIVIL ACTION NO. _____
                                   §        (JURY REQUESTED)
                                   §

---

## PETITION FOR REMOVAL OF CIVIL ACTION

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW County of Hidalgo, a Respondent in the above-styled and numbered

cause, and files this its Petition for Removal of a Civil Action from the 138th Judicial District

Court of Cameron County, Texas, to this Court for the reasons delineated below.

### I.

### NATURE OF THIS ACTION, JURISDICTION AND VENUE

1.      This civil action being removed was instituted in the 138th Judicial District Court

of Cameron County, Texas, and alleges violations of the United States Constitution and is

therefore predicated upon the present day codification of the Reconstruction Era Civil Rights

Act, 42 U.S.C. § 1983.

2.      A petition filed under Texas Rule of Civil Procedure 202 is a "civil action" for

purposes of 28 U.S.C. § 1441.  *See In re State of Texas*, 110 F. Supp.2d 514 (E.D. Tex. 2000)

(holding that Rule 202 petition is a removable "civil action").  The jurisdiction of this Court is

1

invoked pursuant to 28 U.S.C. §§ 1331, 1343, 1367, and 1441.

3.      Venue of this removed action is prescribed by 28 U.S.C. § 1441(a) and properly lies in this Brownsville Division of the Southern District of Texas, the District and Division where the Petitioners' state action is filed.

4.      Petitioners reside in Cameron County, Texas.

5.      Hidalgo County is a political subdivision of the State of Texas.

6.      Hidalgo County Sheriff's Department is a subdivision of Hidalgo County.

7.      The City of San Benito is municipality organized under the laws of the State of Texas and is located in Cameron County, Texas.

8.      The San Benito Police Department is a subdivision of the City of San Benito.

## II.

## REMOVAL

9.      On or about January 31, 2001, Petitioners Maria E. Hernandez and Jorge Rodriguez Hernandez instituted a civil cause in the 138th Judicial District Court of Cameron County, Texas, by filing a Petition to Allow Deposition Before Suit with the District Clerk of Cameron County, Texas pursuant to Texas Rule of Civil Procedure 202. Petitioners' cause is styled *In Re: Maria E. Hernandez and Jorge Rodriguez Hernandez*, Cause Number 2001-561-B. A true and correct copy of Petitioners' Petition to Allow Deposition Before Suit is attached hereto as Exhibit "A-1".

10.     On February 2, 2001, citation was issued for service of Petitioners' Petition to Allow Deposition Before Suit on Hidalgo County by registered mail or certified mail. Hidalgo County was served on February 6, 2001. A copy of the certified docket sheet showing issuance

2

of citation is attached hereto as Exhibit "A-2".

11.   On February 2, 2001, citation was issued for service of Petitioners' Petition to Allow Deposition Before Suit on the City of San Benito by registered mail or certified mail. Neither the City of San Benito nor the San Benito Police Department have yet to enter an appearance in this matter. A copy of the certified docket sheet showing issuance of citation is attached hereto as Exhibit "A-2".

12.   Removal of this action is proper. Petitioners allege in their Petition to Allow Deposition Before Suit that they anticipate bringing suit under 42 U.S.C. § 1983. Petitioners arguably allege violation of their rights under the Constitution and laws of the United States, giving this Court jurisdiction of this matter under 28 U.S.C. §§ 1331, 1343, 1367, and 1441.

13.   This Court has jurisdiction of any supplemental state law claims under 28 U.S.C. § 1367.

14.   By virtue of the time limits imposed under the statute governing the procedure for removal, this Petition for Removal is timely.

15.   Defendants attach hereto and accompany this Petition with true and correct copies of the certified docket sheet (Ex. "A-1") and of all of the pleadings and orders in the State Court.

16.   The City of San Benito and the San Benito Police Department consent to and joins in this removal.

Signed on March 2, 2001.

3

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Attorneys for Respondent Hidalgo County

## CERTIFICATE OF SERVICE

I, hereby certify that on March 2, 2001, a true and correct copy of the above and foregoing Petition for Removal of Civil Action has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Mr. Heriberto "Eddie" Medrano
LAW OFFICE OF HERIBERTO MEDRANO
1101 West Tyler
Harlingen, TX 78550

Mr. Arnold Aguilar
ATTORNEY AT LAW
1200 Central Blvd. Suite H-2
Brownsville, Texas 78520

_____
George C. Kraehe

4

FILED _____ O'CLOCK _____ M
AURORA DE LA GARZA DIST. CLERK

JAN 3 1 2001

DISTRICT COURT OF CAMERON COUNTY, TEXAS
_____ DEPUTY

CAUSE NO. 2001-01-561-B

IN RE: MARIA E. HERNANDEZ          *          IN THE DISTRICT COURT
       AND JORGE RODRIGUEZ         *
       HERNANDEZ                   *
                                   *          138th JUDICIAL DISTRICT
                                   *
       PETITIONERS                 *          CAMERON COUNTY, TEXAS

## PETITION TO ALLOW DEPOSITION BEFORE SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Petitioners and Movants herein, by and through their attorney of record, Heriberto 'Eddie' Medrano, pursuant to Rule 202 of the Texas Rules of Civil Procedure and moves this Court for an order to allow them to take oral depositions before suit to investigate a claim and for good cause would show as follows:

1.      Grounds:  The Petitioners seek to investigate a potential claim they may have.  Petitioners anticipate the institution of a suit in which Petitioners may be Plaintiffs.

2.      Subject matter.  The subject matter of the anticipated claim or action includes, but is not limited, to any of the following potential claims or actions: 1983, false arrest, wrongful arrest, negligence, wrongful imprisonment, excessive punishment, and intentional tortious claims.  Petitioner, Maria E. Hernandez was erroneously arrested by San Benito Police on or around October 20th or 21st, 2000 and was then transferred to the County Jail in Hidalgo County where she was incarcerated for approximately 6 days.  Petitioner was arrested and kept incarcerated even though there was no arrest warrant against her, and



DEFENDANT'S
EXHIBIT
A-1

even though she offered proof of her identity.  Therefore, Petitioners have

potential claims and can potentially file a lawsuit.

      3.      Identity of Adverse Persons.  Although discovery is incomplete,

Petitioners have reason to believe that the following may have interests adverse

to petitioners in any anticipated suit:

       City of San Benito
       485 N. Sam Houston
       San Benito, Texas 78586
       (956) 399-5344

       City of San Benito Police Department
       143 S. Reagan
       San Benito, Texas 78586
       (956) 361-3880

       The Arresting Officer (name unknown at this time)
       c/o San Benito Police Department
       143 S. Reagan
       San Benito, Texas 78586
       (956) 361-3880

      The City and those related to the City are being served with process by
serving the City Secretary Lupita Passement by certified mail return receipt
requested.

       Hidalgo County
       100 N. Closner
       Edinburg, Texas 78539

       Hidalgo County Sheriff's Department
       3100 S. 281
       Edinburg, Texas 78539
       (956) 383-8114

      The County and those related to the County are being served with process
by serving the County Judge Eloy Pulido by certified mail return receipt
requested.

      4.      Deponent Information.  Petitioners propose to depose:

         a.      Arresting Officer at San Benito Police Department; and

b.  Deputy David Flores who was the Deputy in Charge of Booking at Hidalgo County Sheriff's Office on or about October 22, 2000.

The arresting officer will be asked to produce all records of the San Benito Police Department pertaining to the arrest and incarceration of Petitioner and all policies dealing with checking a detainee's or arrestee's identity.

Petitioners also desire to depose Deputy David Flores who was the deputy sheriff who is/was in charge of booking at the Hidalgo County Jail while Petitioner was illegally incarcerated.

Petitioners seek to elicit information concerning the arrest of Maria E. Hernandez, why she was arrested, on what authority was she arrested, what procedures, if any, were taken by these authorities in insure that there was indeed probable cause or a warrant necessitating the arrest of Maria E. Hernandez.  Petitioners also seek to elicit information as to why these authorities arrested and kept incarcerated Maria E. Hernandez for a period of six (6) days before discovering they had arrested the wrong person.

5.  Petitioners would show that not allowing the deposition may present a failure or delay of justice in an anticipated suit.  Petitioners would further argue that the likely benefits of allowing the deposition in order to investigate a potential claim outweighs the burden or expense of the procedure.

6.  The very recent case of Valley Baptist Medical Center v. Gonzalez, 18 S.W.3d 673 (Tex. Civ. App. Corpus Christi 2000) provides ample support for the depositions being sought.  There the mother (potential medical malpractice plaintiff) brought a petition to secure the pre-suit deposition against the doctor

who delivered her child and the representative of the hospital where the birth

took place even though 4590i normally requires an expert's report or bond before

proceeding.  The Court held that petitioners request under Rule 202 was proper

and that the trial court did not err in ordering the requested depositions. For the

same reasons, this Court should also allow these depositions to take place.

WHEREFORE, PREMISES CONSIDERED, Petitioners pray that they be

allowed to depose the arresting officer of the San Benito Police Department and

the deputy sheriff in charge of booking at the Hidalgo County Sheriff's office.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:  (956) 428-2412
Facsimile:  (956) 428-2495

HERIBERTO MEDRANO
State Bar No. 13897800

# VERIFICATION



FILED_____ O'CLOCK ____M
AURORA DE LA GARZA DIST. CLERK

JAN 3 1 2001

DISTRICT COURT OF CAMERON COUNTY

STATE OF TEXAS      *

                           *

COUNTY OF CAMERON   *

I hereby verify that the allegations set forth herein are true and correct to the best of my ability.

_____

Heriberto 'Eddie' Medrano

SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned authority by the said Heriberto 'Eddie' Medrano on this 23rd day of January , 2001

**SUZANNE CHAVEZ**
Notary Public
STATE OF TEXAS
My Comm Exp 09-27-2003

_____

Notary Public in and for the
State of Texas

RUN DATE 03/02/01
RUN TIME 8:55 AM

* * * * C L E R K ' S   E N T R I E S * * * *

CERTIFI

MARIA E. HERNANDEZ & JOSE RODRIGUEZ HERNANDEZ

VS

HON. HERIBERTO MEDRANO
1101 WEST TYLER
HARLINGEN TX          78550 0000

00013701                                      (10)    PETITION TO ALI

| Date | Entry |
|---|---|
| 01/31/01 | ORIGINAL PETITI |
| 01/31/01 | VERIFICATION |
| 02/02/01 | CITATION (CM): |
| 02/02/01 | CITATION (CM): |
| 02/02/01 | SERVED: 02/ |
| 02/02/01 | CITATION (CM): |
| 02/02/01 | SERVED: 02/ |
| 02/21/01 | RESPONDENT HID |
| 02/23/01 | TRANSFER VENUE |
| 02/23/01 | PET'S RESPONSE |
| 02/23/01 | COUNTY'S MOTIO |
| 02/26/01 | TRANSFER VEN |
| 02/26/01 | RESPONDENT HID |
| 02/26/01 | AMENDED MOTION |
| | VENUE (RMOCH |

HEARING ON PETITION TO ALLOW DEPOSITION BEFORE SUIT IS SET FOR
FEBRUARY 23, 2001 AT 9:30 A.M., AS PER ORDER SIGNED.
RGARZA/RMOCHOA
PARTIES APPEARED.  EVIDENCE PRESENTED.  ARGUMENTS HEARD.
M/ALLOW GRANTED.  ORDER TO BE SUBMITTED.  RGARZA/CAP
ORDER GRANTING PETITION TO TAKE DEPOSITION BEFORE SUIT SIGNED
FOR ENTRY.  RGARZA/RMOCHOA
HEARING ON RESP., RGARZA/RMOCHOA
IS SET FOR APRIL 12, 2001 AT 9:00 A.M., AS PER ORDER SIGNED.
RGARZA/RMOCHOA

HIDALGO COUNTY'S MOTION TO TRANSFER VENUE



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
BY Dominca Miranda
DATE 3-5-01
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: MARIA E. HERNANDEZ     §
AND JORGE RODRIGUEZ HERNANDEZ     §
    §     **B - 0 1 - 0 3 6**
    §
    §     CIVIL ACTION NO. _____
    §     (JURY REQUESTED)
    §

---

## NOTICE TO THE PETITIONERS OF FILING
## OF PETITION FOR REMOVAL OF CIVIL ACTION

---

**TO:**     Maria E. Hernandez, et al.
    by and through their attorney of record:

    Mr. Heriberto "Eddie" Medrano
    LAW OFFICE OF HERIBERTO MEDRANO
    1101 West Tyler
    Harlingen, TX 78550

Please take notice that one of the Respondents, Hidalgo County, filed in the United States

District Court for the Southern District of Texas, Brownsville Division, a Petition for Removal of

Civil Action styled *In Re: Maria E. Hernandez and Jorge Rodriguez Hernandez, Petitioners.*

This case was originally filed in the 138th Judicial District Court of Cameron County,

Texas, Cause Number 2001-01-561-B. A true and correct copy of the Petition for Removal of

Civil Action, without copies of attachments, is attached to this Notice. Pursuant to the Federal

Rules of Civil Procedure, the 138th Judicial District Court Cameron County, shall proceed no

further, unless this case is remanded.

1

Signed on March 2, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Attorneys for Respondent Hidalgo County

## CERTIFICATE OF SERVICE

I, hereby certify that on March 2, 2001, a true and correct copy of the above and foregoing has been served on all counsel of record via Certified Mail, Return Receipt Requested as hereinbelow noted:

Mr. Heriberto "Eddie" Medrano
LAW OFFICE OF HERIBERTO MEDRANO
1101 West Tyler
Harlingen, TX 78550

Mr. Arnold Aguilar
ATTORNEY AT LAW
1200 Central Blvd. Suite H-2
Brownsville, Texas 78520

_____
George C. Kraehe

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: MARIA E. HERNANDEZ        §
AND JORGE RODRIGUEZ HERNANDEZ    §          B-01-036
                                 §
                                 §     CIVIL ACTION NO. _____
VS.                              §     (JURY REQUESTED)
                                 §

---

## LIST OF ALL PARTIES AND COUNSEL

---

**PETITIONERS:**

1.    Maria E. Hernandez
      c/o Mary Olvera
      Mr. Heriberto "Eddie" Medrano
      LAW OFFICE OF HERIBERTO MEDRANO
      1101 West Tyler
      Harlingen, TX 78550

2.    Jorge Rodriguez
      c/o Mary Olvera
      Mr. Heriberto "Eddie" Medrano
      LAW OFFICE OF HERIBERTO MEDRANO
      1101 West Tyler
      Harlingen, TX 78550


**ATTORNEY FOR PETITIONERS:**

1.    Mr. Heriberto "Eddie" Medrano
      LAW OFFICE OF HERIBERTO MEDRANO
      1101 West Tyler
      Harlingen, TX 78550
      (956) 428-2412

**RESPONDENTS:**

1.    Hidalgo County
      100 N. Closner
      Edinburg, Texas 78539
      (956) 318-2600

2.    Hidalgo County Sheriff's Department
      3100 S. 281
      Edinburg, Texas 78539
      (956) 383-8114


**ATTORNEYS FOR RESPONDENT HIDALGO COUNTY AND HIDALGO COUNTY SHERIFF'S DEPARTMENT:**

1.    George C. Kraehe
      WILLETTE & GUERRA, L.L.P.
      State Bar No. 00792631
      USDC No. 19355

2.    Lawrence J. Rabb
      WILLETTE & GUERRA, L.L.P.
      State Bar No.  24010328
      USDC No. 11930

      International Plaza, Suite 460
      3505 Boca Chica Blvd.
      Brownsville, Texas 78520
      Phone  (956) 541-1846
      Fax    (956) 541-1893

2

**RESPONDENTS:**

1.      City of San Benito
        485 N. Sam Houston
        San Benito, Texas 78586
        (956) 399-5344

2.      City of San Benito Police Department
        143 S. Reagan
        San Benito, Texas 78586
        (956) 361-3880

**ATTORNEYS FOR RESPONDENT CITY OF SAN BENITO AND SAN BENITO POLICE DEPARTMENT:**

1.      Mr. Arnold Aguilar
        ATTORNEY AT LAW
        1200 Central Blvd. Suite H-2
        Brownsville, Texas 78520

        Signed on March 2, 2001.

                                        Respectfully submitted,

                                        WILLETTE & GUERRA, L.L.P.
                                        International Plaza, Ste. 460
                                        3505 Boca Chica Blvd.
                                        Brownsville, Texas  78521
                                        Telephone:  (956) 541-1846
                                        Facsimile:  (956) 541-1893

                                        By:_____
                                            George C. Kraehe
                                            State Bar No. 00792631
                                            USDC Adm. No. 19355

                                        Attorneys for Defendant Hidalgo County

                                                                                3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on March 2, 2001, been forwarded via certified mail, return receipt requested to:

Mr. Heriberto "Eddie" Medrano
LAW OFFICE OF HERIBERTO MEDRANO
1101 West Tyler
Harlingen, TX 78550

Mr. Arnold Aguilar
ATTORNEY AT LAW
1200 Central Blvd. Suite H-2
Brownsville, Texas 78520

George C. Kraehe

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: MARIA E. HERNANDEZ     §
AND JORGE RODRIGUEZ HERNANDEZ     §
    §
    §
    §
    §

**B-01-036**

CIVIL ACTION NO. _____
(JURY REQUESTED)

---

## INDEX OF MATTERS BEING FILED

---

The following is an index of matters being filed in the above-referenced matter:

EXHIBITS:

"A-1" Petitioners' Petition to Allow Deposition Before Suit;

"A-2" Certified Copy of Docket Sheet;

"A-3" Copy of citation on the Eloy Pulido, Hidalgo County and return of service;

"A-4" Copy of citation on the Lupita Passement;

"A-5" Respondent Hidalgo County's Motion to Transfer Venue;

"A-6" Respondent Hidalgo County's First Amended Motion to Transfer Venue;

"A-7" Order Granting Petitioners' Petition to Allow Deposition Before Suit;

"A-8" Order Setting Hearing on Respondent Hidalgo County's Motion to Transfer Venue;

Signed on March 2, 2001.

1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Attorneys for Respondent Hidalgo County

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has on March 2, 2001, been forwarded via certified mail, return receipt requested to:

Mr. Heriberto "Eddie" Medrano
LAW OFFICE OF HERIBERTO MEDRANO
1101 West Tyler
Harlingen, TX 78550

Mr. Arnold Aguilar
ATTORNEY AT LAW
1200 Central Blvd. Suite H-2
Brownsville, Texas 78520


George C. Kraehe

CAUSE NO. 2001-01-561-B

FILED _____ 9___ O'CLOCK ___ ___ M
AURORA DE LA GARZA DIST. CLERK

JAN 3 1 2001

DISTRICT COURT OF CAMERON COUNTY TEXAS
BY _____ DEPUTY

IN RE: MARIA E. HERNANDEZ      *   IN THE DISTRICT COURT OF
      AND JORGE RODRIGUEZ       *
      HERNANDEZ                 *
                               *   138th JUDICIAL DISTRICT
                               *
      PETITIONERS               *   CAMERON COUNTY, TEXAS

## PETITION TO ALLOW DEPOSITION BEFORE SUIT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Petitioners and Movants herein, by and through their attorney of record, Heriberto 'Eddie' Medrano, pursuant to Rule 202 of the Texas Rules of Civil Procedure and moves this Court for an order to allow them to take oral depositions before suit to investigate a claim and for good cause would show as follows:

1.      Grounds:  The Petitioners seek to investigate a potential claim they may have.  Petitioners anticipate the institution of a suit in which Petitioners may be Plaintiffs.

2.      Subject matter.  The subject matter of the anticipated claim or action includes, but is not limited, to any of the following potential claims or actions: 1983, false arrest, wrongful arrest, negligence, wrongful imprisonment, excessive punishment, and intentional tortious claims.  Petitioner, Maria E. Hernandez was erroneously arrested by San Benito Police on or around October 20th or 21st, 2000 and was then transferred to the County Jail in Hidalgo County where she was incarcerated for approximately 6 days.  Petitioner was arrested and kept incarcerated even though there was no arrest warrant against her, and



DEFENDANT'S
EXHIBIT
A-1

even though she offered proof of her identity.  Therefore, Petitioners have

potential claims and can potentially file a lawsuit.

3.     Identity of Adverse Persons.  Although discovery is incomplete,

Petitioners have reason to believe that the following may have interests adverse

to petitioners in any anticipated suit:

City of San Benito
485 N. Sam Houston
San Benito, Texas 78586
(956) 399-5344

City of San Benito Police Department
143 S. Reagan
San Benito, Texas 78586
(956) 361-3880

The Arresting Officer (name unknown at this time)
c/o San Benito Police Department
143 S. Reagan
San Benito, Texas 78586
(956) 361-3880

The City and those related to the City are being served with process by
serving the City Secretary Lupita Passement by certified mail return receipt
requested.

Hidalgo County
100 N. Closner
Edinburg, Texas 78539

Hidalgo County Sheriff's Department
3100 S. 281
Edinburg, Texas 78539
(956) 383-8114

The County and those related to the County are being served with process
by serving the County Judge Eloy Pulido by certified mail return receipt
requested.

4.     Deponent Information.  Petitioners propose to depose:

a.     Arresting Officer at San Benito Police Department; and

b.   Deputy David Flores who was the Deputy in Charge of Booking at Hidalgo County Sheriff's Office on or about October 22, 2000.

The arresting officer will be asked to produce all records of the San Benito Police Department pertaining to the arrest and incarceration of Petitioner and all policies dealing with checking a detainee's or arrestee's identity.

Petitioners also desire to depose Deputy David Flores who was the deputy sheriff who is/was in charge of booking at the Hidalgo County Jail while Petitioner was illegally incarcerated.

Petitioners seek to elicit information concerning the arrest of Maria E. Hernandez, why she was arrested, on what authority was she arrested, what procedures, if any, were taken by these authorities in insure that there was indeed probable cause or a warrant necessitating the arrest of Maria E. Hernandez. Petitioners also seek to elicit information as to why these authorities arrested and kept incarcerated Maria E. Hernandez for a period of six (6) days before discovering they had arrested the wrong person.

5.   Petitioners would show that not allowing the deposition may present a failure or delay of justice in an anticipated suit. Petitioners would further argue that the likely benefits of allowing the deposition in order to investigate a potential claim outweighs the burden or expense of the procedure.

6.   The very recent case of Valley Baptist Medical Center v. Gonzalez, 18 S.W.3d 673 (Tex. Civ. App. Corpus Christi 2000) provides ample support for the depositions being sought. There the mother (potential medical malpractice plaintiff) brought a petition to secure the pre-suit deposition against the doctor

who delivered her child and the representative of the hospital where the birth

took place even though 4590i normally requires an expert's report or bond before

proceeding.  The Court held that petitioners request under Rule 202 was proper

and that the trial court did not err in ordering the requested depositions. For the

same reasons, this Court should also allow these depositions to take place.

WHEREFORE, PREMISES CONSIDERED, Petitioners pray that they be

allowed to depose the arresting officer of the San Benito Police Department and

the deputy sheriff in charge of booking at the Hidalgo County Sheriff's office.


Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:   (956) 428-2495

HERIBERTO MEDRANO
State Bar No. 13897800

## VERIFICATION



FILED _____ _____ O'CLOCK _____ M.
AURORA DE LA GARZA DIST. CLERK

JAN 3 1 2001

DISTRICT COURT OF CAMERON COUNTY

STATE OF TEXAS      *

                        *

COUNTY OF CAMERON   *

     I hereby verify that the allegations set forth herein are true and correct to the best of my ability.

 

Heriberto 'Eddie' Medrano

 

     SWORN AND SUBSCRIBED TO BEFORE ME, the undersigned authority by the said Heriberto 'Eddie' Medrano on this 23rd day of January, 2001

SUZANNE CHAVEZ
Notary Public
STATE OF TEXAS
My Comm Exp 09·27·2003

Notary Public in and for the
State of Texas

RUN DATE 03/02/01
RUN TIME 8:55 AM

MARIA E. HERNANDEZ & JOSE RODRIGUEZ HERNANDEZ

VS

\* \* \* C L E R K ' S   E N T R I E S \* \* \*

00013701
HON. HERIBERTO MEDRANO
1101 WEST TYLER
HARLINGEN TX          78550 0000

(10)
PETITION TO ALL

CERTIFI

HEARING ON PETITION TO ALLOW DEPOSITION BEFORE SUIT IS SET FOR
FEBRUARY 23, 2001 AT 9:30 A.M., AS PER ORDER SIGNED.
RGARZA/RMOCHOA
PARTIES APPEARED.   EVIDENCE PRESENTED.   ARGUMENTS HEARD.
M/ALLOW GRANTED.   ORDER TO BE SUBMITTED.   RGARZA/CAP
ORDER GRANTING PETITION TO TAKE DEPOSITION BEFORE SUIT SIGNED
FOR ENTRY. RGARZA/RMOCHOA
HEARING ON RESP., HIDALGO COUNTY'S MOTION TO TRANSFER VENUE
IS SET FOR APRIL 12, 2001 AT 9:00 A.M., AS PER ORDER SIGNED.
RGARZA/RMOCHOA

01/31/01   ORIGINAL PETI
01/31/01   VERIFICATION
02/01/01   CITATION (CM),
02/02/01      SERVED: 02/
02/02/01   CITATION (CM):
02/02/01      SERVED: 02/
02/21/01   RESPONDENT HI
02/23/01   TRANSFER VENUE
02/23/01   PET'S RESPONSE
02/23/01   COUNTY'S MOTIO
02/26/01   TRANSFER VEN
02/26/01   RESPONDENT HI
02/26/01   AMENDED MOTIO
           VENUE (RMOCE

02/02/01
02/02/01
02/02/01
02/23/01
02/23/01
02/23/01
02/23/01
02/23/01
02/23/01
02/23/01
02/23/01



A TRUE COPY I CERTIFY
AURORA DE LA GARZA, CLERK
DISTRICT COURT CAMERON COUNTY, TEXAS
DATE 3-2-01
BY Dahlia Quezada  DEPUTY

Case 1:01-cv-00036   Document 1   Filed in TXSD on 03/02/2001   Page 27 of 46

FEB-06-2001 14:55     HIDALGO COUNTY JUDGE          1 956 318 2699   P.02

Citation for Personal Service  — BY CERTIFIED MAIL      Lit. Seq# 5.003.03

No. 2001-01-000561-B

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ELOY PULIDO
    COUNTY JUDGE
    HIDALGO COUNTY COURTHOUSE
    100 N. CLOSNER
    EDINBURG, TEXAS 78539

the _____ DEFENDANT _____, GREETING:

You are commanded to appear by filing a written answer to the

PETITION TO ALLOW DEPOSITION BEFORE SUIT

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____ PETITION _____ was filed on JANUARY 31, 2001 . A copy of same accompanies this citation.

The file number of said suit being No. 2001-01-000561-B.

The style of the case is:

MARIA E. HERNANDEZ & JOSE RODRIGUEZ HERNANDEZ
VS.

Said petition was filed in said court by _____ HON. HERIBERTO MEDRANO _____ (Attorney for _____ PLAINTIFF _____ ), whose address is 1101 WEST TYLER HARLINGEN TX 78550

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 2nd day of FEBRUARY , A.D. 2001.

_____ AURORA DE LA GARZA _____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _____, Deputy
Rosa Maria Ochoa

Case 1:01-cv-00036   Document 1   Filed in TXSD on 03/02/2001   Page 28 of 46

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|

Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER          TITLE

ADDRESS

CITY          STATE          ZIP

## CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the __2nd__ of __FEBRUARY 2001__, I mailed to

__ELOY PULIDO__

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. __0089 5130__
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

__AURORA DE LA GARZA__          District Clerk
Cameron County, Texas

By: _____, Deputy

Citation for Personal Service  - BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

ORIGINAL

No. 2001-01-000561-B

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: LUPITA PASSEMENT
CITY SECRETARY OF SAN BENITO
485 N. SAM HOUSTON
SAN BENITO, TEXAS 78586

the _____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PETITION TO ALLOW DEPOSITION BEFORE SUIT

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said _____PETITION_____ was filed on JANUARY 31, 2001 . A copy of same accompanies this citation.

The file number of said suit being No. 2001-01-000561-B.

The style of the case is:

MARIA E. HERNANDEZ & JOSE RODRIGUEZ HERNANDEZ
VS.
.

Said petition was filed in said court by _____HON. HERIBERTO MEDRANO_____
(Attorney for _____PLAINTIFF_____), whose address is
1101 WEST TYLER HARLINGEN TX  78550 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the _2nd_ day of FEBRUARY , A.D. 2001.

AURORA DE LA GARZA_____, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE | CERTIFICATE OF DELIVERY OF MAIL |
|---|---|

**CERTIFICATE OF DELIVERY OF MAIL**

| ATTACH RETURN RECEIPTS WITH | |
| ADDRESSEE'S SIGNATURE | |

Rule 106 (a)(2):  The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation.

Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court.

NAME OF PREPARER          TITLE

ADDRESS

CITY          STATE          ZIP

I hereby certify that on the  2nd  of

FEBRUARY  2001,  I mailed to

ELOY PULIDO

by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO.  0089 5130
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA , District Clerk
Cameron County, Texas

By: Rosa Maria Ochoa Deputy

CAUSE NO. 2001-01-561-B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ | § | IN THE 135TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

---

## RESPONDENT HIDALGO COUNTY'S MOTION TO TRANSFER VENUE

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Hidalgo County, one of the Respondents herein, and files this its Motion to Transfer Venue and for cause would show the Court as follows:

### I.

Petitioners, Maria E. Hernandez and Jorge Rodriguez Hernandez, have served Respondent with their Petition to Allow Deposition Before Suit.  In this Petition, Petitioners request leave of Court to take the oral deposition of David Flores, who they allege was an employee of the Hidalgo County Sheriff's Department at the time of the incident made the basis of Petitioners' anticipated claims under 42 U.S.C. § 1983, *inter alia.*  Petitioners anticipate bringing claims for false arrest, wrongful arrest, negligence, wrongful imprisonment, excessive punishment, and other intentional torts.

### II.

Petitioners have brought their suit to perpetuate testimony in Cameron County.  Venue is not proper in Cameron County, but is rather mandatory in Hidalgo County.  Accordingly, Respondent Hidalgo County moves that venue be transferred to Hidalgo County.



DEFENDANT'S
EXHIBIT
A-5

## III.

Texas Rule of Civil Procedure 202.2 provides that when any person anticipates the institution of an action in which he may be a party, and may desire to perpetuate his own testimony or that of any other person to be used in the suit, he or his agent or attorney must file a verified petition in the proper court of any county where venue of the anticipated action may lie, in which he may request an order of the court authorizing the taking of depositions of persons to be examined who are named in the petition. TEX. R. CIV. PROC. 202.2(a)(b)(1); *Valley Baptist Med. Ctr. v. Gonzalez*, 18 S.W.2d 3d 673, 675-76 (Tex. App.–Corpus Christi 1999), *vacated as moot*, ___ S.W.3d (Tex. 2000) (00-0285, Oct. 26, 2000). As a general rule, the plaintiff chooses venue. *Wilson v. Texas Parks & Wildlife Depot*, 886 S.W.2d 259, 259-61 (Tex. 1994.) However, a defendant is entitled to have venue transferred if: (1) the plaintiff's choice of venue is not proper, meaning that no venue provision permits the case to be tried in the court where the plaintiff filed suit; or (2) a mandatory venue provision requires that the case be brought in another court. TEX. R. CIV. PROC. 86(3).

Venue of the anticipated action may not lie in Cameron County. In the instant case, Respondent Hidalgo County is entitled to have venue transferred because a mandatory venue provision requires that the case be brought in another court. Specifically, Texas Civil Practice and Remedies Code section 15.086 provides that "[a] suit against a county shall be brought in the precinct in which the county seat of that county is located." TEX. CIV. PRAC. & REM. CODE ANN. § 15.086 (Vernon 1998). Venue of this action is therefore mandatory in Hidalgo County, Texas.

WHEREFORE, PREMISES CONSIDERED, Respondent Hidalgo County prays that this its Motion to Transfer Venue be granted, that venue be transferred to Hidalgo County, that Petitioners take nothing by this suit and that Respondent be awarded its costs, and have such other and further relief, general and specific, at law and in equity, to which it may show itself justly entitled.

Signed on February ___, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By: _____
George C. Kraehe
State Bar No. 00792631

Attorneys for Respondent
Hidalgo County

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on February ___, 2001, on all counsel of record as follows:

Mr. Heriberto "Eddie" Medrano
LAW OFFICE OF HERIBERTO MEDRANO
1101 West Tyler
Harlingen, TX 78550


_____
George C. Kraehe

CAUSE NO. 2001–01–561-B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ | § | IN THE 138TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

## ORDER SETTING HEARING ON RESPONDENT HIDALGO COUNTY'S MOTION TO TRANSFER VENUE

BE IT REMEMBERED that on this __ day of _____, 2001, came on for consideration Respondent Hidalgo County's Motion to Transfer Venue. Upon consideration of same, the Court is of the opinion that a hearing on same should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Respondent Hidalgo County's Motion to Transfer Venue be and is hereby set for hearing in the 138th Judicial District Court of Cameron County, Texas, for _____ at _____ a.m.

SIGNED for entry on _____, 2001.

_____
PRESIDING JUDGE

Copies to:

Mr. Heriberto "Eddie" Medrano, LAW OFFICE OF HERIBERTO MEDRANO, 1101 West Tyler, Harlingen, TX 78550

Mr. George C. Kraehe, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521

CAUSE NO. 2001–01–561–B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ | § | IN THE 138TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

## ORDER SETTING HEARING ON RESPONDENT HIDALGO COUNTY'S MOTION TO TRANSFER VENUE

BE IT REMEMBERED that on this ___ day of _____, 2001, came on for consideration Respondent Hidalgo County's Motion to Transfer Venue. Upon consideration of same, the Court is of the opinion that a hearing on same should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Respondent Hidalgo County's Motion to Transfer Venue be and is hereby set for hearing in the 138th Judicial District Court of Cameron County, Texas, for _____ at _____ a.m.

SIGNED for entry on _____, 2001.

_____
PRESIDING JUDGE

Copies to:

Mr. Heriberto "Eddie" Medrano, LAW OFFICE OF HERIBERTO MEDRANO, 1101 West Tyler, Harlingen, TX 78550

Mr. George C. Kraehe, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521

CAUSE NO. 2001–01–561–B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ | § | IN THE 138TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

## ORDER SETTING HEARING ON RESPONDENT HIDALGO COUNTY'S MOTION TO TRANSFER VENUE

BE IT REMEMBERED that on this __ day of _____, 2001, came on for consideration Respondent Hidalgo County's Motion to Transfer Venue. Upon consideration of same, the Court is of the opinion that a hearing on same should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Respondent Hidalgo County's Motion to Transfer Venue be and is hereby set for hearing in the 138th Judicial District Court of Cameron County, Texas, for _____ at _____ a.m.

SIGNED for entry on _____, 2001.

_____
PRESIDING JUDGE

Copies to:

Mr. Heriberto "Eddie" Medrano, LAW OFFICE OF HERIBERTO MEDRANO, 1101 West Tyler, Harlingen, TX 78550

Mr. George C. Kraehe, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521

CAUSE NO. 2001–01–561–B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ | § | IN THE 138TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

## ORDER GRANTING
## RESPONDENT HIDALGO COUNTY'S MOTION TO TRANSFER VENUE

BE IT REMEMBERED that on this ____ day of _____, 2001, came on for consideration Respondent Hidalgo County's Motion to Transfer Venue in connection with the above referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Respondent Hidalgo County's Motion to Transfer Venue hereby be and is GRANTED and that venue of this matter be and hereby is TRANSFERRED to Hidalgo County.

SIGNED for entry on _____, 2001.

_____
PRESIDING JUDGE

Copies to:

Mr. Heriberto "Eddie" Medrano, LAW OFFICE OF HERIBERTO MEDRANO, 1101 West Tyler, Harlingen, TX 78550

Mr. George C. Kraehe, WILLETTE & GUERRA, L.L.P, 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521

FILE COPY

CAUSE NO. 2001–01-561-B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ | § | IN THE 138TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

FEB 26 2001

Eloisa Guerrero

---

## RESPONDENT HIDALGO COUNTY'S
## FIRST AMENDED MOTION TO TRANSFER VENUE

---

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Hidalgo County, one of the Respondents herein, and files this its First

Amended Motion to Transfer Venue and for cause would show the Court as follows:

### I.

Petitioners, Maria E. Hernandez and Jorge Rodriguez Hernandez, have served Respondent

with their Petition to Allow Deposition Before Suit.  In this Petition, Petitioners request leave of

Court to take the oral deposition of David Flores, who they allege was an employee of the Hidalgo

County Sheriff's Department at the time of the incident made the basis of Petitioners' anticipated

claims under 42 U.S.C. § 1983, *inter alia.*  Petitioners anticipate bringing claims for false arrest,

wrongful arrest, negligence, wrongful imprisonment, excessive punishment, and other intentional

torts.

1



DEFENDANT'S
EXHIBIT
/. ~ 6

## II.

Petitioners have brought their suit to perpetuate testimony in Cameron County. Venue is not proper in Cameron County, but is rather mandatory in Hidalgo County. Accordingly, Respondent Hidalgo County moves that venue be transferred to Hidalgo County.

## III.

Texas Rule of Civil Procedure 202.2 provides that when any person anticipates the institution of an action in which he may be a party, and may desire to perpetuate his own testimony or that of any other person to be used in the suit, he or his agent or attorney must file a verified petition in the proper court of any county where venue of the anticipated action may lie, in which he may request an order of the court authorizing the taking of depositions of persons to be examined who are named in the petition. TEX. R. CIV. PROC. 202.2(a)(b)(1); *Valley Baptist Med. Ctr. v. Gonzalez*, 18 S.W.2d 3d 673, 675-76 (Tex. App.–Corpus Christi 1999), *vacated as moot*, ___ S.W.3d (Tex. 2000) (00-0285, Oct. 26, 2000). As a general rule, the plaintiff chooses venue. *Wilson v. Texas Parks & Wildlife Depot*, 886 S.W.2d 259, 259-61 (Tex. 1994.) However, a defendant is entitled to have venue transferred if: (1) the plaintiff's choice of venue is not proper, meaning that no venue provision permits the case to be tried in the court where the plaintiff filed suit; or (2) a mandatory venue provision requires that the case be brought in another court. TEX. R. CIV. PROC. 86(3).

Venue of the anticipated action may not lie in Cameron County. In the instant case, Respondent Hidalgo County is entitled to have venue transferred because a mandatory venue provision requires that the case be brought in another court. Specifically, Texas Civil Practice and Remedies Code section 15.015 provides that "[a]n action against a county sahll be brought in that county." TEX. CIV. PRAC. & REM. CODE ANN. § 15.015 (Vernon 1998). Venue of this action is

2

therefore mandatory in Hidalgo County, Texas. *See also id.* at § 15.004 ("In a suit in which a plaintiff properly joins two or more claims or causes of action arising from the same transaction, occurrence, or series of transactions or occurrences, and one of the claims or causes of action is governed by the mandatory venue provisions of Subchapter B, the suit shall be brought in the county required by the mandatory venue provision); § 15.0151 (suit against municipality in county of population less than 100,000 need not be brought in county where municipality located).

WHEREFORE, PREMISES CONSIDERED, Respondent Hidalgo County prays that this its First Amended Motion to Transfer Venue be granted, that venue be transferred to Hidalgo County, that Petitioners take nothing by this suit and that Respondent be awarded its costs, and have such other and further relief, general and specific, at law and in equity, to which it may show itself justly entitled.

Signed on February 26, 2001.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893


By: _____
George C. Kraehe
State Bar No. 00792631

Attorneys for Respondent
Hidalgo County

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on February 26, 2001, on all counsel of record as follows:

Mr. Heriberto "Eddie" Medrano
LAW OFFICE OF HERIBERTO MEDRANO
1101 West Tyler
Harlingen, TX 78550

_____
George C. Kraehe

4

CAUSE NO. 2001–01–561–B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ | § | IN THE 138TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

## ORDER GRANTING RESPONDENT HIDALGO COUNTY'S FIRST AMENDED MOTION TO TRANSFER VENUE

BE IT REMEMBERED that on this ____ day of _____, 2001, came on for consideration Respondent Hidalgo County's First Amended Motion to Transfer Venue in connection with the above referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Respondent Hidalgo County's First Amended Motion to Transfer Venue hereby be and is GRANTED and that venue of this matter be and hereby is TRANSFERRED to Hidalgo County.

SIGNED for entry on _____, 2001.

_____
PRESIDING JUDGE

Copies to:

Mr Heriberto "Eddie" Medrano, LAW OFFICE OF HERIBERTO MEDRANO, 1101 West Tyler, Harlingen, TX 78550

Mr. George C. Kraehe, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521

5

CAUSE NO. 2001–01-561-B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ | § | IN THE 138TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

---

## ORDER SETTING HEARING ON RESPONDENT HIDALGO COUNTY'S MOTION TO TRANSFER VENUE

---

BE IT REMEMBERED that on this ___ day of _____, 2001, came on for consideration

Respondent Hidalgo County's Motion to Transfer Venue.  Upon consideration of same, the Court

is of the opinion that a hearing on same should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Respondent Hidalgo

County's Motion to Transfer Venue be and is hereby set for hearing in the 138th Judicial District

Court of Cameron County, Texas, for _____ at _____ a.m.

SIGNED for entry on _____, 2001.


_____
PRESIDING JUDGE


Copies to:

Mr. Heriberto "Eddie" Medrano, LAW OFFICE OF HERIBERTO MEDRANO, 1101 West Tyler, Harlingen, TX 78550

Mr. George C. Kraehe, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521

CAUSE NO. _2001 - 01 - 561 - B_

IN RE: MARIA E. HERNANDEZ     *     IN THE DISTRICT COURT
       JORGE RODRIGUEZ     *
       HERNANDEZ     *
                      *     _138th_ JUDICIAL DISTRICT
                      *
       PETITIONERS     *     CAMERON COUNTY, TEXAS

## ORDER GRANTING PETITION TO
## TAKE DEPOSITION BEFORE SUIT

Be it remembered that on this ___23___ day of ___Feb___,

2001, this Court considered the Petition to Allow the Deposition of the officer at

San Benito Police Department that arrested Maria E. Hernandez on or around

October 20th or 21st, 2000, and the deputy who was in charge of booking at the

Hidalgo County Sheriff's Department at that time before filing suit and this Court

after considering the pleading, evidence, the law, and argument of counsel finds

that Petitioners have complied with the Rules governing the taking of depositions

before filing suit and specifically the requirements of Rule 202 of the Texas Rules

of Civil Procedure, that the petition was filed in the proper court and in the proper

county as this is the county where at least one of the proposed deponents

resides and because this county would have proper venue if a suit was filed as

this is the county where Plaintiff was arrested and incarcerated and where the

potential Defendants reside.

The Court also finds that:

_____ Allowing the deposition may prevent a failure or delay of

justice in an anticipated suit.



DEFENDANT'S EXHIBIT
A-7
Blumberg No. 5114

_____✓_____ The likely benefits of allowing the deposition to investigate a

potential claim outweighs the burden or expenses of the procedure.

Therefore the Court will allow and therefore order oral deposition of the

officer at San Benito Police Department that arrested Maria E. Hernandez on or

around October 20th or 21st, 2000, and the deputy in charge of booking at the

Hidalgo County Sheriff's Department at a time and place acceptable to counsel

for Petitioners and counsel for the arresting officer and the deputy in charge of

booking at that time at the Hidalgo County Sheriff's Department, but that such

depositions shall take place within thirty (30) days from today in Cameron

County, Texas.

It is so ordered.

_____
JUDGE PRESIDING

SIGNED this the __23__ day of _____, 2001.

Agreed to as amended by in form,
not substance.

W C Kraehe
Atty for Respondents.

FEB 2 6 2001

Copies to:
Hon. Heriberto Medrano
Hon. George C. Kraehe

FILED _____ O'CLOCK ____
AURORA DE LA GARZA, DIST. CLERK

FEB 2 3 2001

DISTRICT COURT, CAMERON COUNTY, TEXAS
BY _____ DEPUTY

CAUSE NO. 2001–01–561-B

| IN RE: MARIA E. HERNANDEZ | § | IN THE 138TH DISTRICT COURT |
| AND JORGE RODRIGUEZ HERNANDEZ, | § | |
| Petitioners, | § | |
| | § | OF |
| | § | |
| | § | |
| | § | CAMERON COUNTY, TEXAS |

## ORDER SETTING HEARING ON RESPONDENT HIDALGO COUNTY'S MOTION TO TRANSFER VENUE

BE IT REMEMBERED that on this *21st* day of *February*, 2001, came on for consideration Respondent Hidalgo County's Motion to Transfer Venue.  Upon consideration of same, the Court is of the opinion that a hearing on same should be held.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Respondent Hidalgo County's Motion to Transfer Venue be and is hereby set for hearing in the 138th Judicial District Court of Cameron County, Texas, for *April 12, 2001* at *9:00* a.m.

SIGNED for entry on *February 23, 2001.*

_____
PRESIDING JUDGE

Copies to:  **FEB 26 2001**

Mr. Heriberto "Eddie" Medrano, LAW OFFICE OF HERIBERTO MEDRANO, 1101 West Tyler, Harlingen, TX 78550

Mr. George C. Kraehe, WILLETTE & GUERRA, L.L.P., 3505 Boca Chica Blvd., Ste 460, Brownsville, TX 78521

FILED 2:00 O'CLOCK P M
AURORA DE LA GARZA, DIST. CLERK
FEB 2 3 2001
DISTRICT COURT CAMERON COUNTY, TEXAS

DEFENDANT'S EXHIBIT
A-8

Blumberg No. 5114