COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 6 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN RE: MARIA E. HERNANDEZ AND JORGE RODRIGUEZ HERNANDEZ, | * * * * * |

CIVIL ACTION NO. 01-CV-36

## MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES, Maria E. Hernandez and Jorge Rodriguez Hernandez, Petitioners herein, by and through their Attorney of Record, Heriberto Medrano, hereby pursuant to 28 USC § 1441(c) and/or 1446(b) and/or 1447 (c) and/or 1448, hereby respectfully petitions this Court to remand this matter back to State Court, and for good cause would show as follows:

I.

    Petitioners filed, in State District Court of Texas, a petition to allow deposition before suit pursuant to Rule 202 of the Texas Rules of Civil Procedure. The Petition stated that Petitioners may have numerous state law claims over Maria E. Hernandez' false arrest and incarceration without warrant for approximately 6 days and a potential federal claim.

II.

    After the District Court granted Petitioners motion to allow two depositions, (one deponent employed by Hidalgo County where Maria E. Hernandez was incarcerated and other employed by the City of San Benito who initially arrested her), Hidalgo County filed its petition to remove. Petitioners have not made any claim for any type of relief (monetary or injunctive), but rather seek authority to

depose these two persons to ascertain if there was a legitimate reason to arrest and incarcerate her for 6 days without warrant. If not Petitioners will file a suit for damages and may assert only state law claims.

III.

Petitioners respectfully submit to the Court that Hidalgo County's Motion to Remove is improper.

In <u>Mayfield-George v. Texas Rehabilitation Comm'n</u>, _____ F. Supp. 2d _____, \_\_\_\_\_ (N.D. Tex. 2000)(No. CIVA 3:99-CV-2735-x; 5-15-00), the Court properly held that a "Petition under Rule 202 of the Texas Rules of Civil Procedure is not a 'civil action' under [28 U.S.C.] 1441(b) because it asserts no claim or cause of a action upon which relief can be granted.

[Hidalgo County's] contention that a Rule 202.1 petition institutes a 'civil action' and is removable if it is based on federal claims is baseless. There is no authority for construing a petition for discovery before trial as a 'civil action' that can be removed under §1441 (b) because the petition or application cites potential claims."

IV.

This holding comports with State law holdings that a petition to perpetuate testimony under rule 202 is not itself a suit, but is incident to and in anticipation of a suit, <u>Valley Baptist Medical Center v. Gonzalez</u>, *18 S.W.3d 673, 675-76 (Tex. App. – Corpus Christi, 1999)*, and is the better reasoned case.

V.

Additionally, since Petitioners' Petition for Pre-suit Depositions does not

seek either monetary or injunctive relief, Hidalgo County's motion is improper and does not comply with 28 U.S.C. §1446(b).

## VI.

Even if this case was properly removed (which Petitioners herein deny and dispute) this Court has authority and discretion to remand the entire matter to State Court even those asserting federal claims, even 1983 relief. Of course, Petitioners actions contain no such claims for relief.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:    (956) 428-2495

_____
HERIBERTO MEDRANO
STATE BAR NO.  13897800
FEDERAL BAR NO.  5952

*Heriberto Medrano by HAC w/ permission*

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing **Motion to Remand** was on this ___15th___ day of March, 2001 via certified mail to the following counsel:

Mr. Arnold Aguilar
Attorney At Law
1200 Central Blvd.  Suite H-2
Brownsville, Texas 78520         CM/RRR No.: _7000 0520 0021 0459 5626_

George C. Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521         CM/RRR No.: _7000 0520 0021 0459 5619_

Eddie Cantu
MONTALVO & RAMIREZ
900 N. Main
McAllen, Texas 78501         CM/RRR No.: _7000 0520 0021 0459 5602_

_____
HERIBERTO MEDRANO

## CERTIFICATE OF CONFERENCE

This is to certify that on March 14, 2001, Suzanne Chavez of this office contacted George C. Kraehe, Attorney for Respondent Hidalgo County and Hidalgo County Sheriff's Department, and was informed that he is opposed to Petitioner's Motion to Remand.

_____
HERIBERTO 'EDDIE' MEDRANO

## CERTIFICATE OF CONFERENCE

This is to certify that on March 14, 2001, Christina C. Perez of this office contacted Eddie Cantu, Attorney for Respondent City of San Benito, and was informed that he is not opposed to Petitioner's Motion to Remand.

_____
HERIBERTO 'EDDIE' MEDRANO

## CERTIFICATE OF CONFERENCE

This is to certify that on March 14, 2001, Suzanne Chavez of this office contacted Arnold Aguilar, Attorney for Respondent City of San Benito, and was informed that neither he or his secretary were in.

_____
HERIBERTO 'EDDIE' MEDRANO