United States District Court
Southern District of Texas
FILED

MAR 23 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ AND | * | |
| JORGE RODRIGUEZ HERNANDEZ, | * | |
| | * | CIVIL ACTION NO. 01-CV-36 |

## SUPPLEMENT TO MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Maria E. Hernandez and Jorge R. Hernandez, by and through their Attorney of Record, Heriberto "Eddie" Medrano, and hereby files this Supplement to their Motion to Remand and by way of this supplement would further show that the action by Hidalgo County to remove this action to Federal Court without the consent signature or joinder of the City of San Benito violates long standing case law. _Fontenot v. Global Marine, Inc._, 703 F.2d 867, 870 n.3 (5th Cir. 1983) (noting that the failure of all Defendants to join is a bar to removal.) See further, _McMahon v. Bunn-O-Matic Corp._, 150 F3d 651 (7th Cir. 1988) (noting the requirement that all Defendants sign the removal notice.)

The failure here of Hidalgo County to obtain the City of San Benito joinder or signature in its removal petition is fatal and the case must be remanded to State Court.

Respectfully submitted,

1

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:     (956) 428-2495

_____
HERIBERTO "EDDIE" MEDRANO
State Bar No.  13897800
Federal Bar No.  5952


## CERTIFICATE OF SERVICE

I, Heriberto "Eddie" Medrano, hereby certify that a true and correct copy of the above and foregoing *Supplement to Motion to Remand* was on this 22nd day of March, 2001 via certified mail to the following counsel:

Eddie Cantu
MONTALVO & RAMIREZ
900 N. Main
McAllen, Texas 78501            CM/RRR No.: 7000 0520 0021 0459 5756

George C. Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521        CM/RRR No.: 7000 0520 0021 0459 5763

_____
HERIBERTO "EDDIE" MEDRANO

## CERTIFICATE OF CONSULTATION

This is to certify that on March 22, 2001, Suzanne Chavez of this office contacted George C. Kraehe, Attorney for Respondent Hidalgo County and Hidalgo County Sheriff's Department, and was informed that he is opposed to Petitioner's Supplement to Motion to Remand.

_____
HERIBERTO MEDRANO

## CERTIFICATE OF CONSULTATION

This is to certify that on March 22, 2001, Suzanne Chavez of this office contacted Eddie Cantu, Attorney for Respondent City of San Benito, and was not able to get a response.

_____
HERIBERTO MEDRANO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: MARIA E. HERNANDEZ AND     *
JORGE RODRIGUEZ HERNANDEZ,     *
                                              *        CIVIL ACTION NO. 01-CV-36

## ORDER GRANTING/DENYING RELIEF

Be it remembered on this _____ day of _____, 2001 this Court held a hearing on Petitioner's Supplement to Motion to Remand and after considering the evidence, law and argument of counsel the Court rules said motion is    (GRANTED)     (DENIED).

And this matter (IS)     (IS NOT) remanded to State District Court.

IT IS SO ORDERED.

SIGNED for entry this ____ day of _____, 2001.

                                                        _____
                                                           U.S. DISTRICT JUDGE

cc:     Hon. Heriberto "Eddie" Medrano
        Hon. Eddie Cantu
        Hon. George C. Kraehe

ClibPDF - www.fastio.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ AND | * | |
| JORGE RODRIGUEZ HERNANDEZ, | * | |
| | * | CIVIL ACTION NO. 01-CV-36 |

## ORDER SETTING HEARING

On this day, came to be considered the request in the above-captioned cause. The Court finds that such request is in order and hereby orders that a hearing on Supplement to Motion to Remand be scheduled for the _____ day of _____, 2001, at ___ o'clock, ____.m. The Clerk is to notify all parties.

SIGNED FOR ENTRY this _____ day of _____, 2001.

_____
JUDGE PRESIDING

cc:   Hon. Heriberto "Eddie" Medrano
      Hon. Eddie Cantu
      Hon. George C. Kraehe