IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 30 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ AND JORGE RODRIGUEZ HERNANDEZ | § § § | |
| VS. | § | CIVIL ACTION NO. B-01-036 |
| HIDALGO COUNTY | § § | |

**DEFENDANT'S NOTICE TO THE COURT OF THEIR FILING OF THEIR INITIAL DISCLOSURE TO PLAINTIFFS UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW Defendant, Hidalgo County, and files this its Notice to the Court of its Filing of its Initial Disclosures to Plaintiff Under Federal Rule of Civil Procedure 26(a).

**I.**

Defendant hereby gives notice to the Court of the filing of its Initial Disclosures under Federal Rule of Civil Procedure 26(a).

Signed on March 30th, 2001.

1

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Lawrence J. Rabb
State Bar No. 24010328
USDC Adm. No. 11930

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on March 30, 2001, on all counsel of record as follows:

Mr. Heriberto "Eddie" Medrano
Law Office of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Arnold Aguilar
Law office of Arnold Aguilar
1200 Central Blvd. Suite H-2
Brownsville, Texas 78520

_____
Lawrence J. Rabb

2