

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 30 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ AND JORGE RODRIGUEZ HERNANDEZ | § § § § | |
| VS. | § | CIVIL ACTION NO. B-01-036 |
| HIDALGO COUNTY | § § | |

### DEFENDANT'S CERTIFIED DISCLOSURES OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW, Defendant Hidalgo County's counsel certifies that the only persons, associations, etc., that are known to Defendants to be financially interested in the outcome of this litigation are:

1. Plaintiff Maria E. Hernandez;

2. Plaintiff Jorge Rodriguez Hernandez;

3. Defendant Hidalgo County;

4. Defendant City of San Benito;

5. Professional Claims Managers, Inc.;

6. Professional Claims Managers, Inc., Intergovernmental Risk Pool;

7. Texas Association of Counties, Inc.; and

8. Texas Association of Counties, Inc., Intergovernmental Risk Pool

Signed on March 30th, 2001.

-1-


-2-

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: *George C. Kraehe*
George C. Kraehe
State Bar No. 00792631
USDC Adm. No. 19355

Lawrence J. Rabb
State Bar No. 24010328
USDC Adm. No. 11930

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by mailing same, certified mail, return receipt requested, on March 30, 2001, on all counsel of record as follows:

Mr. Heriberto "Eddie" Medrano
Law Office of Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550

Arnold Aguilar
Law Office of Arnold Aguilar
1200 Central Blvd, Suite H-2
Brownsville, Texas 78520

*Lawrence J. Rabb*
Lawrence J. Rabb