IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ and JORGE RODRIGUEZ HERNANDEZ | § § § § § § | CIVIL ACTION NO. B - 01 - 036 |
| PETITIONERS | | |

United States District Court
Southern District of Texas
FILED
APR 0 2 2001
Michael N. Milby
Clerk of Court

## DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COME NOW **CITY OF SAN BENITO, TEXAS, SAN BENITO POLICE DEPARTMENT** and **UNNAMED SAN BENITO POLICE OFFICER**, Defendants herein and files this their Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **Petitioners**
Maria E. Hernandez
Jorge Rodriguez Hernandez

(2) **Petitioners' counsel**
Heriberto "Eddie" Medrano
LAW OFFICES OF HERIBERTO MEDRANO
1101 West Tyler
Harlingen, TX 78550

(3)   **Respondents**
       Hidalgo County, Texas
       Hidalgo County Sheriff's Department

(4)   **Respondents' (Hidalgo County, Texas and Hidalgo Sheriff's Department) counsel**
       George C. Kraehe
       Lawrence J. Rabb
       WILLETTE & GUERRA, L.L.P.
       International Plaza, Suite 460
       3505 Boca Chica Boulevard
       Brownsville, TX 78521

(5)   **Respondents**
       City of San Benito, Texas
       San Benito Police Department
       Unnamed San Benito Police Officer

(6)   **Respondents' (City of San Benito, Texas, San Benito Police Department and Unnamed San Benito Police Officer) counsel**
       J. Arnold Aguilar
       LAW OFFICE J. ARNOLD AGUILAR
       Artemis Square, Suite H-2
       1200 Central Boulevard
       Brownsville, TX  78520

(7)   Risk Pool Association
       TEXAS MUNICIPAL LEAGUE INTERGOVERNMENTAL RISK POOL
       P. O. Box 149194
       Austin, TX  78714-9194

Signed on this the 1st day of April, 2001.

                Respectfully submitted,

                LAW OFFICE
                J. ARNOLD AGUILAR
                Artemis Square, Suite H-2
                1200 Central Boulevard
                Brownsville, Texas 78520
                Telephone   : (956) 504-1100
                Facsimile    : (956) 504-1408

By: _____
     J. Arnold Aguilar
     State Bar No. 00936270
     Federal Adm. No. 6822

Attorney for Defendant,
CITY OF SAN BENITO, TEXAS, SAN BENITO POLICE DEPARTMENT and UNNAMED SAN BENITO POLICE OFFICER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANTS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the 2nd day of April, 2001, 2001, been forwarded via certified mail, return receipt requested to:

Mr. Heriberto "Eddie" Medrano
LAW OFFICES OF HERIBERTO MEDRANO
1101 West Tyler
Harlingen, TX 78550

Mr. George C. Kraehe
Mr. Lawrence J. Rabb
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, TX 78521

_____
J. Arnold Aguilar