10

United States District Court
Southern District of Texas
FILED

APR 0 6 2001

Michael N. Milby
Clerk of Court

CAUSE NO. 2001-01-561-B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ AND JORGE RODRIGUEZ HERNANDEZ | * * * * * * | IN THE DISTRICT COURT |
| | | CAB - 01-36 |
| | | 138th JUDICIAL DISTRICT |
| PETITIONERS | * | CAMERON COUNTY, TEXAS |

## REQUEST FOR EXPEDITED HEARING

NOW COMES, Maria E. Hernandez and Jorge Rodriguez Hernandez, Movants herein and request an expedited hearing on their motion to remand this case back to state court or in the alternative that this court allow the presuit depositions pursuant to Rule 27 Fed.R.Civ.Pro. of the police officer in San Benito who arrested Maria E. Hernandez without probable cause, and of the jailer in Hidalgo County who kept Maria E. Hernandez incarcerated without a warrant or probable cause. Maria E. Hernandez was incarcerated for approximately six (6) days without any warrant or probable cause.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:   (956) 428-2412
Facsimile:    (956) 428-2495

HERIBERTO MEDRANO
STATE BAR NO.  13897800
FEDERAL BAR NO.  5952

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the

above and foregoing *Request for Expedited Hearing* was on this 5 th day

of April, 2001 via certified mail to the following counsel:

Mr. Arnold Aguilar
Attorney At Law
1200 Central Blvd.  Suite H-2
Brownsville, Texas 78520          CM/RRR No.: 7000 0520 0021 0459 5923

George C. Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521          CM/RRR No.: 7000 0520 0021 0459 5930

Eddie Cantu
MONTALVO & RAMIREZ
900 N. Main
McAllen, Texas 78501             CM/RRR No.: 7000 0520 0021 0459 5947

HERIBERTO MEDRANO