IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE: MARIA E. HERNANDEZ AND   *
JORGE RODRIGUEZ HERNANDEZ,     *
                                            *     CIVIL ACTION NO. 01-CV-36

United States District Court
Southern District of Texas
FILED
APR 1 2 2001
Michael N. Milby
Clerk of Court

## REQUEST FOR EXPEDITED HEARING ON MOTION TO REMAND

NOW COMES, Maria E. Hernandez and Jorge Rodriguez Hernandez, Movants herein and request an expedited hearing on their motion to remand this case back to State District Court or in the alternative that this court allow the presuit depositions pursuant to Rule 27 Fed. R. Civ. Pro. of the police officer in San Benito who arrested Maria E. Hernandez without probable cause, and of the jailer in Hidalgo County who kept Maria E. Hernandez incarcerated without a warrant or probable cause. Maria E. Hernandez was incarcerated for approximately six (6) days without any warrant or probable cause.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone: (956) 428-2412
Facsimile: (956) 428-2495

_____
HERIBERTO MEDRANO
STATE BAR NO. 13897800
FEDERAL BAR NO. 5952

## CERTIFICATE OF SERVICE

I, Heriberto Medrano, hereby certify that a true and correct copy of the above and foregoing *Request for Expedited Hearing* was on this __11th__ day of April, 2001 via certified mail to the following counsel:

Mr. Arnold Aguilar
Attorney At Law
1200 Central Blvd.  Suite H-2
Brownsville, Texas 78520            CM/RRR No.: 7000 0520 0021 0459 5961

George C. Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Ste. 460
3505 Boca Chica Blvd.
Brownsville, Texas 78521            CM/RRR No.: 7000 0520 0021 0459 5978

Eddie Cantu
MONTALVO & RAMIREZ
900 N. Main
McAllen, Texas 78501              CM/RRR No.: 7000 0520 0021 0459 5985

_____
HERIBERTO MEDRANO

## CERTIFICATE OF CONSULTATION

I, Heriberto 'Eddie' Medrano, hereby certify that Christina Perez from my office contacted Mr. Eddie Cantu, concerning the foregoing Request for Expedited Hearing on Motion to Remand and she was informed by Mr. Cantu that he is unopposed to said request.

_____
Heriberto 'Eddie' Medrano

## CERTIFICATE OF CONSULTATION

I, Heriberto 'Eddie' Medrano, hereby certify that Christina Perez from my office contacted the offices of Willette & Guerra, L.L.P., concerning the foregoing Request for Expedited Hearing on Motion to Remand and she was informed by Mr. Willette that he is opposed to said request.

_____
Heriberto 'Eddie' Medrano

## CERTIFICATE OF CONSULTATION

I, Heriberto 'Eddie' Medrano, hereby certify that Christina Perez from my office contacted the offices of Arnold Aguilar, concerning the foregoing Request for Expedited Hearing on Motion to Remand and has not received a response.

_____
Heriberto 'Eddie' Medrano