12

United States District Court
Southern District of Texas
ENTERED

MAY 2 4 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In re: Maria E. Hernandez and Jorge Rodriguez Hernandez | § § § § | CIVIL ACTION NO. B-01-036 |

**ORDER**

BE IT REMEMBERED, that on May 23, 2001, the Court **ORDERED** the Plaintiffs to submit proof of service of process on the Defendant City of San Benito and the date of service of process, if in fact service has been completed. The Plaintiffs must submit the aforementioned documentation by May 31, 2001.

The Plaintiffs argue in their Supplement to Motion to Remand that removal of this case was improper because Defendant City of San Benito has not consented to removal [Dkt. No. 6]. Title 28, United States Code, Section "1446(b) mandates that all served defendants join in the removal notice within thirty days after the first defendant was served. Failure on the part of a served defendant to join in the removal notice during this thirty-day period renders the removal improvident." Seguros Comercial America, S.A. de C.V. v. American President Lines, Ltd., 934 F.Supp. 243, 244 (S.D. Tex. 1996). The Court cannot determine from the Defendant Hidalgo County's notice of removal [Dkt. No. 1] whether the Defendant City of San Benito has been served, and, if it has been served, when service was completed. "The plaintiff has the responsibility to see that the record reflects the defendant was properly served." Hunt v. Smith, 67 F.Supp.2d 675, 680 n.7 (E.D. Tex. 1999).

DONE at Brownsville, Texas, this 23rd day of May 2001.

Hilda G. Tagle
United States District Judge