

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 3 1 2001

Michael N. Milby
Clerk of Court

| IN RE: MARIA E. HERNANDEZ AND | * | |
|---|---|---|
| JORGE RODRIGUEZ HERNANDEZ, | * | |
| | * | CIVIL ACTION NO. 01-CV-36 |
| | * | |
| | * | |

## MOVANTS' RESPONSE TO THE COURT ORDER REQUESTING DOCUMENTATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Maria E. Hernandez and Jose Rodriguez Hernandez, Movants herein, by and through their Attorney of Record, Heriberto "Eddie" Medrano, and hereby file this response to the Court order requesting that "Plaintiffs....submit....documentation "which" reflects the Defendant was properly served." Movants respond as follows:

I.

City of San Benito was served on February 9, 2001 as shown by **Exhibit 1** (a two page exhibit – the first page being a copy of the original citation for personal service and the second page being the signed return receipt – signed by the City Secretary for the City of San Benito).

II.

On March 1, 2001, Eduardo Cantu mailed his notice of appearance in the case on behalf of the City of San Benito. This is shown by **Exhibit 2** which is also a two page exhibit.

III.

On March 5, 2001, Defendant, Hidalgo County filed a Removal Petition.

The petition did not contain any signature of approval of any person representing the City of San Benito. The removal petition also did not contain a certificate of conference.

**IV.**

On March 7, 2001, Movants filed a Motion to Remand primarily arguing that removal was improper because their petition to allow deposition before suit was not a "civil action" under 28 U.S.C. 1441(b) citing *Mayfield – George vs. Texas Rehabilitation Commission*, _____ F. Supp. 29_____ (N.D. Tex. 2000)(No. CIVA 3:00 – CV 2735-X-5-15-00).

**V.**

This Court ordered the pleading stricken for failure to include the attorney's federal bar number and because there was no certificate of conference.

**VI.**

The Motion to Remand was refiled on or about March 16, 2001, wherein the deficiencies noted above were corrected. This time Movants specifically noted that the City of San Benito, through its attorney Eddie Cantu, was not opposed to remand being granted.

**VII.**

On March 23, 2001, Petitioners filed a supplement to the Motion to Remand noting that there was no signature or verified averment that the City of San Benito consented to removal. To this day, City of San Benito has not filed

any pleadings in which states they consent to removal.

## VIII.

But even assuming, for sake of argument, that Hidalgo County's Motion to Remove timely complies with the consent/signature requirements, the case should still be remanded for the reasons stated in Petitioners' Original Remand Petition.

## IX.

To the extent that the Court's order is requesting or requiring Movants' prove that the City of San Benito was served with the Petition for Remand filed by Hidalgo County, Movants rely on pleadings filed by Hidalgo County including list of all parties and counsel along with the Defendant's Certificate of Disclosure filed by the City of San Benito.

WHEREFORE, PREMISES CONSIDERED, Petitioners pray that their petition to remand be in all things granted.

Respectfully submitted,

Law Offices of
Heriberto Medrano
1101 West Tyler
Harlingen, Texas 78550
Telephone:  (956) 428-2412
Facsimile:    (956) 428-2495

_____
HERIBERTO MEDRANO
State Bar No. 13897800
Federal ID No. 5952

## CERTIFICATE OF SERVICE

I, Heriberto "Eddie" Medrano, hereby certify that a true and correct copy of the above and foregoing **Movants' Response to the Court Order Requesting Documentation** was on this 30th day of May, 2001 via certified mail to the following counsel:

Mr. Eddie Cantu
MONTALVO & RAMIREZ
900 N. Main Street
McAllen, Texas 78501    CM/RRR No.: 7000 0520 0021 0459 6500

Mr. Arnold Aguilar
Attorney At Law
1200 Central Blvd., Suite H-2
Brownsville, Texas 78520    CM/RRR No.: 7000 0520 0021 0459 6517

Mr. George C. Kraehe
WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
Brownsville, Texas 78521    CM/RRR No.: 7000 0520 0021 0459 6524

_____
HERIBERTO MEDRANO

ORIGINAL

Citation for Personal Service — BY CERTIFIED MAIL    Lit. Seq. # 5.002.01

No. 2001-01-000561-B

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: LUPITA PASSEMENT
CITY SECRETARY OF SAN BENITO
485 N. SAM HOUSTON
SAN BENITO, TEXAS 78586

the  DEFENDANT , GREETING:

You are commanded to appear by filing a written answer to the PETITION TO ALLOW DEPOSITION BEFORE SUIT at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said  PETITION  was filed on JANUARY 31, 2001. A copy of same accompanies this citation.

The file number of said suit being No. 2001-01-000561-B.

The style of the case is:

MARIA E. HERNANDEZ & JOSE RODRIGUEZ HERNANDEZ
VS.
.

Said petition was filed in said court by  HON. HERIBERTO MEDRANO  (Attorney for  PLAINTIFF ), whose address is 1101 WEST TYLER HARLINGEN TX 78550 .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 2nd day of FEBRUARY, A.D. 2001.

AURORA DE LA GARZA , DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LUPITA PASSEMENT
   CITY SECRETARY OF SAN BENITO
   485 N. SAM HOUSTON
   SAN BENITO, TEXAS 78586

2. Article Number *(Copy from service label)*
   0089 5123

PS Form 3811, July 1999     Domestic Return Receipt     102595-99-M-1789

# COMPLETE THIS SECTION ON DELIVERY

A. Received by *(Please Print Clearly)*

B. Date of Delivery: 2/9/01

C. Signature
   X *[signature]*  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☒ Yes

1

# MONTALVO & RAMIREZ
*Attorneys at Law*
900 N. Main
McAllen, Texas 78501

Eddie Cantu  
Ext. 120  
E-Mail: ecantu@montalvoramirezlaw.com

Phone: 956/631-1185  
Fax: 956/631-1187

March 1, 2001

Ms. Aurora De La Garza  
District Clerk  
Cameron County Courthouse  
974 E. Harrison  
Brownsville, Texas 78522-2178

    Re:    Cause No. 2001-01-561-B; Maria E. Hernandez and Jorge Rodriguez Hernandez, Petitioners  
           Our file no. 01-097C

Dear Ms. De La Garza:

    Enclosed herein please find an original and one copy of the following document(s) for filing:

1) NOTICE OF APPEARANCE

    Please stamp our copy "filed" and return in the enclosed stamped self-addressed envelope.

    If you have any questions or comments, please do not hesitate to call.

                                  Very truly yours,

                                  Eddie Cantu

cc:    **VIA CERTIFIED MAIL**    7000 1670 0010 2342 3127  
       Mr. Heriberto Medrano  
       Law Office of Heriberto Medrano  
       1101 West Taylor  
       Harlingen, Texas 78550

EXHIBIT 2



Cause No. 2001-01-561-B

| | | |
|---|---|---|
| IN RE: MARIA E. HERNANDEZ AND JORGE RODRIGUEZ HERNANDEZ | § § § § § § § | IN THE DISTRICT COURT |
| | | 139TH JUDICIAL DISTRICT |
| PETITIONERS | | CAMERON COUNTY, TEXAS |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF THE SAID COURT:

COMES NOW EDUARDO CANTU, Attorney at Law, and hereby gives his Notice of Appearance as attorney for the City of San Benito.

Respectfully submitted,

MONTALVO & RAMIREZ
900 N. Main Street
McAllen, Texas 78501
Phone: (956) 631-1185
Fax: (956) 631-1187

By: _____
EDUARDO CANTU
State Bar No. 24009938

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I, EDUARDO CANTU, certify that on the 1st day of March, 2001, a true and correct copy of the foregoing **NOTICE OF APPEARANCE** was served on Heriberto Medrano, Law Office of Heriberto Medrano, 1101 West Tyler, Harlingen, Texas 78550, via certified mail, return receipt requested no. **7000 1670 0010 2342 3127.**

_____
Eduardo Cantu

NOTICE OF APPEARANCE          EXHIBIT 2          Page 1